May 21, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ALICE M. JONES, Appellant

NO. 14-13-00928-CV                    V.

ANTONIO MURILLO INDIVIDUALLY AND D/B/A TIGER CONSTRUCTION
AND THE NATIONAL ASSOCIATION OF MINORITY CONTRACTORS OF
TEXAS, Appellees

_____

We order that the court's former judgment of March 31, 2015, be vacated, set aside, and annulled. We further order this court's Memorandum Opinion of March 31, 2015, withdrawn. This cause, an appeal from the judgment signed on July 22, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment.

We order the judgment of the court below **AFFIRMED**. We order appellant Alice M. Jones to pay all costs incurred in this appeal. We further order this decision certified below for observance.